

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00144-CR

**BENJAMIN CRAIG LEWIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 11-03276-CRF-272**

## ORDER

By Order dated September 19, 2013, we granted Lewis's pro se request for an extension of time to file his response to his counsel's *Anders* brief. We noted that the motion was not properly served. We warned Lewis that future documents presented to the Court must be properly served or the documents will be stricken. Based on that warning, we struck Lewis's "First Motion for Extension of Time to file Appellants Pro Se Brief or Response to Ander's Brief" by Order dated October 10, 2013, because the motion was not served. (It was actually Lewis's second motion).

Lewis has filed another motion for extension of time to file his response to his counsel's *Anders* brief. For the first time, Lewis contends that he never received a copy of his attorney's *Anders* brief. Counsel's *Anders* brief indicates that a copy of the brief was sent to Lewis. Should Lewis require another copy, he should contact his attorney, Calvin Parks. Lewis also complains that no one has sent him the record for his review. By letter dated August 29, 2013 the Clerk of this Court advised Lewis how to obtain a copy of the record: "If you wish to obtain a copy of the record, you must contact the trial court clerk, whose address is:

> Hon. Marc Hamlin
> District Clerk, Brazos County
> 300 E. 26th Street, Suite 1200
> Bryan, TX 77803"

We have had no indication from Lewis that he has attempted to contact the trial court clerk to obtain a copy of the record.

Further, we note that Lewis's motion again was not properly served because not all parties to the appeal were served. *See* TEX. R. APP. P. 9.5(a). The Clerk of this Court and the District Clerk are not parties to the appeal. The State of Texas, represented by the Brazos County District Attorney, is a party to the appeal. The State was not served.

Accordingly, because Lewis's "Second Motion for Extension of Time to File Response to the Anders Brief" (actually his third motion for extension of time) filed on November 7, 2013, was not properly served, it is stricken. Lewis's response to his counsel's *Anders* brief remains due by November 18, 2013. If Lewis wishes to file another motion for extension of time to file a response, he may do so but he must file a

properly served motion and must provide the Court with proof, such as copies of letters, that he has requested a copy of the *Anders* brief from his counsel and that he has requested a copy of the record from the trial court clerk.

In the absence of a properly and timely filed response, the Court will proceed to review the proceeding as required by the *Anders* procedures.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion stricken
Order issued and filed November 21, 2013